

## IN THE
## TENTH COURT OF APPEALS

### No. 10-13-00421-CV

**S&G COTTON PTY, INC., SOUTHCOTT
TRADING PTY, INC., INDIVIDUALLY & D/B/A
S&G COTTON PTY, INC., CHING N LAU SHE,
INDIVIDUALLY & D/B/A S&G COTTON PTY,
INC., SOUTH COTTON PTY LTD., INC, WU YI
ZIONG, INDIVIDUALLY & D/B/A S&G COTTON
PTY, INC., AND HAO MING GUAN,**

**Appellants**

 **v.**

**LONE STAR SHIPPERS ASS'N, INC.,**

**Appellee**

---

**From the 40th District Court
Ellis County, Texas
Trial Court No. 86262**

---

## MEMORANDUM OPINION

---

Appellants S&G Cotton Pty, Inc.; Southcott Trading Pty LTD, Inc., Individually

and d/b/a S&G Cotton Pty, Inc.; Wu Yi Xiong, Individually and d/b/a S&G Cotton Pty,

Inc.; Hao Ming Guan, Individually and d/b/a S&G Cotton Pty, Inc.; Ching N. Lau She,

Individually and d/b/a S&G Cotton Pty, Inc.; and South Cotton Pty Ltd., Inc. filed a

restricted appeal of a judgment rendered against them. Appellants have now filed a motion to dismiss the appeal, stating that all claims by and between the parties have settled.

Appellants' motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 19, 2013
[CV06]